### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD EUGENE STEVENSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-06-561-M |
| ) | |
| DAVID PARKER, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

On September 14, 2006, United States Magistrate Judge Doyle Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that this Court deny Petitioner's Petition for Writ of Habeas Corpus. Petitioner was advised of his right of his right to object to the Report and Recommendation by October 4, 2006. A review of the file reveals that no objection has been filed.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS Magistrate Judge Argo's thorough and well-reasoned Report and Recommendation;

(2) DENIES Petitioner's petition for writ of habeas corpus; and

(3) ORDERS that judgment in favor of Respondent issue forthwith.

**IT IS SO ORDERED this 18th day of October, 2006**.

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE